UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Tira Misu,                              )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )     Civil Action No.  **12 0945**
                                        )
United States District Judge            )
Robert Wilkins *et al.*,                )
                                        )
                                        )
            Defendants.                 )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring dismissal of a complaint upon a

determination that the complaint is frivolous, fails to state a claim upon which relief may be

granted, or seeks monetary damages from an immune defendant).

Plaintiff sues District Judge Robert Wilkins presumably of this Court and "all judges state

& federal" for $10 million. Compl. Caption. She purports to sue defendants for treason but has

stated no facts. A complaint is subject to dismissal as frivolous when, as here, it lacks "an

arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59

(D.C. Cir. 1984). In addition, dismissal is warranted because judges are absolutely immune from

lawsuits based on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v.*

*Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir.

1993). A separate Order of dismissal accompanies this Memorandum Opinion.

$$\overline{\phantom{Ell S Huck}}$$
United States District Judge

Date: June __5__, 2012